989 A.2d 280

IN THE MATTER OF CHRISTOPHER D. BOYMAN, AN ATTORNEY AT LAW.

March 5, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–207 and DRB 09–208, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **CHRISTOPHER D. BOYMAN of CRANFORD,** who was admitted to the bar of this State in 1987, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.8(a) (business transaction with client without following safeguards), *RPC* 1.15(b) (failure to promptly turn over property to which a client is entitled), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **CHRISTOPHER D. BOYMAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.